ROBERT D. L. GARDINER, Respondent, v. SAGTIKOS FARM, INC., Appellant.— Defendant appeals from an order on reargument granting plaintiff's motion for a temporary injunction. Order affirmed, with ten dollars costs and disbursements. The appeal from the resettled order dated August 18, 1939, is dismissed, without costs. No opinion. This case should be tried on November 20, 1939, or as soon as possible thereafter with the consent of the justice presiding. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

SAGTIKOS FARM, INC., Appellant, v. SAGTIKOS MANOR DAIRY, INC., and ROBERT D. L. GARDINER, Doing Business under the Name of SAGTIKOS MANOR, ESTABLISHED 1692, Respondent.— Plaintiff appeals from an order on reargument denying its motion for a temporary injunction. Order affirmed, without costs. The appeal from the order dated August 9, 1939, is dismissed, without costs. No opinion. This case should be tried on November 20, 1939, or as soon as possible thereafter with the consent of the justice presiding. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

## (November 15, 1939.)

In the Matter of the Application of STANLEY GRAY HORAN, Appellant, for an Order against RUSSELL PAGE KOEHLER, Chairman, and Others, Constituting the Board of Appeals of the Town of Islip, Respondents, and BENJAMIN W. HAWKES, Intervenor, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.